ORIGINAL

1  SCHIFF HARDIN LLP
   WILLIAM J. CARROLL, CSB #118106
2  One Market, Spear Street Tower
   Thirty-Second Floor
3  San Francisco, CA 94105
   Telephone:   (415) 901-8700
4  Facsimile:   (415) 901-8701

5  Attorneys for Defendants
   SHELL VACATIONS LLC, SHELL HOLDINGS,
6  INC., SVC-NORTHEAST, L.P.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

JL

10

11  JIANMING SONG, MELISSA HETZEL,        Case No. CV 10 3555
    JEANNETTE RAMOS, ALMA
12  PALACIOS, BENNY PALLAN, DANISH        (San Francisco County
    MENDIOLA, and JADE SMITH, on Behalf   Case No. CGC-10-501115)
13  of Themselves and All Others Similarly
    Situated,
14
                    Plaintiffs,
                                          **DECLARATION OF CAROLINE GENO IN
15                                        SUPPORT OF NOTICE OF REMOVAL**
        v.
16
    SHELL VACATIONS LLC (d/b/a SHELL
17  VACATIONS CLUB, L.P.), a Delaware
    Limited Liability Company, SHELL
18  HOLDINGS, INC., a Delaware corporation,
    SVC-WEST, L.P., a Limited Partnership,
19  SVC-NORTHEAST, L.P., a Limited
    Partnership, SVC-HAWAII, L.P., and
20  DOES 1-50, inclusive,

21                  Defendants.

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF CAROLINE GENO IN SUPPORT OF NOTICE OF REMOVAL        CASE NO.

I, Caroline Geno, declare:

1. I am an individual over the age of 18. I submit this Declaration in support of the Notice of Removal of Shell Vacations, LLC, Shell Holdings, Inc., and SVC-Northeast, L.P. (now known as SVC-East, L.P.) in the above-captioned case. I have personal knowledge of the facts stated in this Declaration and, if called to do so, could testify competently to the following.

2. I am currently Operations Analyst and in that capacity I have access to and knowledge of the pertinent business records of Defendants. In preparation for this Declaration, I have reviewed those business records.

3. As of June 28, 2010, and to this day, Defendant Shell Vacations LLC is an Arizona Limited Liability Company with its principal place of business in Illinois; Defendant Shell Holdings, Inc. is a Delaware corporation with its principal place of business in Illinois; Defendant SVC-West, L.P. is a California Limited Partnership with its principal place of business in Illinois; Defendant SVC-Hawaii, L.P. is a Hawaii Limited Partnership with its principal place of business in Illinois; and Defendant SVC-Northeast, L.P. (now known as SVC-East, L.P.) is a Delaware Limited Partnership with its principal place of business in Illinois.

4. To my knowledge, the Complaint was served on Shell Vacations LLC by personal service on its agent for service of process, CSC, on July 13, 2010; on Shell Holdings, Inc. by personal service on its agent for service of process, CSC, on July 13, 2010; and on SVC-East, L.P. by personal service on its agent for service of process, CSC, on July 13, 2010. To my knowledge, as of the date of this Declaration, the remaining Defendants, SVC-West, L.P. and SVC-Hawaii, L.P., have not been served with process.

5. I have reviewed the Complaint in this action and understand that Plaintiffs purport to bring this action on behalf of themselves and a putative class consisting of "all persons who purchased a Membership [defined in the Complaint as a "Points-Based Timeshare Membership"] from SVC [defined in the Complaint as Shell Vacations, LLC, Shell Holdings, Inc., SVC-West, L.P., SVC-Northeast, L.P., and SVC-Hawaii, L.P.] throughout the United States from June 22, 2006 to the present. Excluded from the Class are SVC, its affiliates, employees, officers and directors, persons or entities that distribute or sell SVC Memberships, products or programs, the

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

DECLARATION OF CAROLINE GENO IN SUPPORT OF NOTICE OF REMOVAL    CASE NO.

1   Judge(s) assigned to this case, and the attorneys of record in this case." (Complaint ¶ 73.) My
2   review of the pertinent business records indicates that there are in excess of 1,000 putative class
3   members, as defined by the Complaint.

4       6.    My review of the pertinent business records indicates that the funds paid by
5   members of putative plaintiff class, as defined by the Complaint, to Defendants exceed $5,000,000.

6       I declare under penalty of perjury of the laws of the United States of America that the
7   foregoing is true and correct.

8   Date: *August 11, 2010*           *Caroline D. Geno*
9                                           Caroline Geno

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DECLARATION OF CAROLINE GENO IN SUPPORT OF NOTICE OF REMOVAL      CASE NO.

Jianming Song, et al. v. Shell ___ions LLC, et al.
San Francisco Superior Court Case No. CGC-10-501115
United States District Court Case No. _____

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**DECLARATION OF CAROLINE GENO IN SUPPORT OF NOTICE OF REMOVAL**

☒ By placing the document(s) listed above in a sealed Federal Express envelope, addressed and affixing a pre-paid air bill. I am readily familiar with the practice of Federal Express at my place of business to collect and process correspondence and documents for overnight delivery (pursuant to C.C.P. § 1013)

> Amber L. Eck, Esq.
> Helen I. Zeldes, Esq.
> Alreen Haeggquist, Esq.
> Aaron M. Olsen, Esq.
> ZELDES & HAEGGQUIST, LLP
> 625 Broadway, Ste. 906
> San Diego, CA 92101
>
> Tel: (619) 342-8000
> Fax: (619) 342-7272
>
> *Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 12th day of August 2010, at San Francisco, California.

*Leann F. Love*
Leann F. Love

CH2\8985266.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE